# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF TEXAS**
**11535 UNITED STATES COURTHOUSE**
**515 RUSK STREET**
**HOUSTON, TEXAS 77002**

**CHAMBERS OF**
**JUDGE LEE H. ROSENTHAL**

**TELEPHONE NO.**
(713) 250-5980
**FACSIMILE**
(713) 250-5213
**EMAIL**
lee_rosenthal@txs.uscourts.gov

September 2, 2004

Honorable Mary M. Lisi
Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Lisi:

I am in receipt of your letter dated July 29, 2004 regarding my calendar year 2003 filing. I have asked my husband to review the issue you raised, and have the following response:

*In Part VII (2002 Report):*

Page 26, line 11, "MMM-Common:"
This asset was sold on July 22, 2002 with a D(3) value code of "K" and a D(4) gain code of "E" as reflected on the 2002 Report. Column D(1) should have reported a "sale." This omission has been corrected and attached hereto.

If you have any further questions, please let me know.

Very truly yours,

Lee H. Rosenthal
United States District Judge

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2003 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-59 of Instructions).

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Type (e.g. buy,sell merger, redemp-tion) | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code 1 (A-H) | Type (e.g., div., rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | | | | | Identity of buyer/seller (if private transaction) |
| ▮▮▮▮▮ #85 Trust ▮▮▮ is the beneficiary (3). | D | div/int | P1 | T | (3) | | | | |
| - ABT-Common | | | | | | | | | |
| - CVX-Common | | | | | | | | | |
| - DD-Common | | | | | sale | 7/22 | | D | |
| - KO-Common | | | | | ▮▮▮▮ | ▮▮ | | | dist to Res Child UTMA |

B

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>ROSENTHAL, LEE H | 2. Court or Organization<br><br>U.S.D.C.-S.D.TX | 3. Date of Report<br><br>5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE-ACTIVE | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>515 RUSK<br>ROOM 11535<br>HOUSTON, TEXAS 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. VICE PRESIDENT/SECRETARY | THE ROSENTHAL FOUNDATION |
| 2. MEMBER | UNIVERSITY OF CHICAGO LAW SCHOOL VISITING COMMITTEE |
| 3. DIRECTOR | DEPECHIN CHILDREN'S CENTER |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE
2004 MAY 17 P 1: 23
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom   - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | 2003 | ██████████████ |
| 2. | 2003 | ██████████████ |
| 3. | 2003 | ██████████████ |
| 4. | 2003 | ████████ |
| 5. | 2003 | ██████████ |
| 6. | 2003 | ████████████ |
| 7. | 2003 | ████████ |
| 8. | 2003 | ██████ |
| 9. | 2003 | ████████████ |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H | 5/15/2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | NATIONAL CENTER FOR STATE COURTS | 1/28-29/03-WILLIAMSBURG, VA: AIRFARE & MEALS FOR EDUCATIONAL SEMINAR |
| 2. | FEDERAL JUDGES ASSOCIATION | 5/3-5/03-WASHINGTON, DC: AIRFARE & MEALS FOR BOARD MEETING |
| 3. | NEW YORK UNIVERSITY | 5/7-8/03-NEW YORK: AIRFARE, LODGING & MEALS FOR CONFERENCE ON LABOR |
| 4. | UNIVERSITY OF CHICAGO LAW SCHOOL | 5/13-14/03-CHICAGO, IL: AIRFARE & LODGING FOR SPEAKING ENGAGEMENT |
| 5. | CORPORATE LEGAL TIMES | 6/12-13/03-CHICAGO, IL: AIRFARE, LODGING & MEALS FOR CONFERENCE |
| 6. | ALI | 6/18-19/03-PHILADELPHIA, PA: AIRFARE & LODGING FOR CONFERENCE |
| 7. | ABA | 8/8-10/03-SAN FRANCISCO, CA: AIRFARE, LODGING & MEALS FOR LITIGATION SEC |
| 8. | ABA | 10/23-24/03-SAN FRANCISCO, CA: AIRFARE, LODGING & MEALS FOR CLASS ACT INST |
| 9. | AEI | 10/30/03-WASHINGTON, DC: AIRFARE & LODGING FOR SPEAKING ENGAGEMENT |
| 10. | NJ TRIAL ATTORNEYS | 10/31-11/1/03-NEW JERSEY: AIRFARE, MEALS & MISC FOR SEMINAR |
| 11. | ALI/ABA | 11/6-7/03-WASHINGTON, DC: AIRFARE, LODGING, MEALS & MISC. CLASS ACT INST |
| 12. | ALI | 11/13-15/03-WASHINGTON, DC: AIRFARE, LODGING & MEALS FOR SEMINAR |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

4

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2004 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Merrill Lynch Reserves | A | div/int | N | T | | | | | |
| Aldine TX ISD 5.1% due 2/15/07 | D | int | N | T | | | | | |
| Alief TX ISD 5.6% due 2/15/14 | D | int | M | T | | | | | |
| Arkansas St College 0.00% due 6/1/15 | | None | M | T | | | | | |
| Austin TX Pub Impt 4.6% due 9/1/11 | D | int | N | T | | | | | |
| Azle TX ISD 0.00% due 2/15/14 | | None | N | T | | | | | |
| Chicago Brd Ed 0.00% due 12/1/19 | | None | K | T | | | | | |
| Corpus Christi TX Ctfs Obl 5.35% due 3/1/12 | D | int | N | T | | | | | |
| Dallas TX Wtrwks Swr 5.5% due 10/1/10 | D | int | | | sell | 10/2 | M | C | |
| Dallas TX 5.00% due 2/15/16 | E | int | N | T | | | | | |
| Ft. Worth TX G.O. 5.75% due 3/10/6 | B | int | K | T | | | | | |
| Harris Cty, TX, 5.75% due 10/1/14 | E | int | N | T | | | | | |
| Leander TX ISD 0.00% due 8/15/11 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/13 | | None | M | T | | | | | |
| Lewisville TX ISD 0.00% due 8/15/21 | | None | N | T | | | | | |
| Plano TX 5.00% due 9/1/18 | D | int | M | T | | | | | |
| San Antonio TX Ctfs Obl 6.5% due 8/1/10 | E | int | N | T | | | | | |
| Travis Co TX 4.75% due 3/1/12 | D | int | M | T | | | | | |
| Tulsa OK 6.375% due 2/1/07 | E | int | N | T | | | | | |
| TX PFA GO Super Conductor 0.00% due 4/01/09 | | None | O | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| University TX Univ 4.8% due 8/15/13 | C | int | M | T | | | | | |
| Texas Commerce Bank-Checking | | None | K | T | | | | | |
| ABT-Common | D | div | N | T | | | | | |
| ADViSYS-Common | | None | J | V | | | | | |
| ██████████ | | None | J | (10) | grant | 7/1 | J | | private placement |
| AIG-Common | A | div | | | sell | 8/28 | M | G | |
| AIF V Private Investors LLC | E | div/int/distr | L | U(2) | partial buy | 1/22 | J | | private placement |
| | | | | | partial buy | 2/19 | J | | private placement |
| | | | | | partial buy | 3/11 | J | | private placement |
| | | | | | partial buy | 6/16 | J | | private placement |
| | | | | | partial sell | 8/29 | J | | private placement |
| | | | | | partial sell | 10/28 | J | | private placement |
| | | | | | partial buy | 10/31 | K | | private placement |
| | | | | | partial buy | 11/21 | K | | private placement |
| | | | | | partial sell | 12/29 | J | | private placement |
| Avalon Advisors, L.P. | A | int/distr | K | U(2) | | | | | |
| Blackstone Acquisition Partners I, L.P. | F | royalty/distr | M | U(2) | | | | | |
| BLS-Common | C | div | | | partial sell | 3/19 | K | | |
| | | | | | sell | 3/24 | K | | |
| BK-Common | C | div | L | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| BUD-Common | C | div | N | T | | | | | |
| Cal Trac-Conv. Pfd. | | None | K | U | | | | | |
| CAT-Common | C | div | M | T | | | | | |
| C-Common | E | div | O | T | | | | | |
| COST-Common | | None | L | T | buy | 1/23 | L | | |
| CSCO-Common | | None | | | sell | 6/2 | K | E | |
| CVX-Common | D | div | N | T | | | | | |
| DJ-Common | B | div | L | T | | | | | |
| Doane Pet Food Enterprises, Inc. | | None | K | U | | | | | |
| DNB-Common | | None | L | T | | | | | |
| Dresser, Ltd.-Common | | None | J | U | | | | | |
| ██████████████ | | None | J | (10) | | | | | |
| DUK-Common | D | div | | | buy | 1/6 | L | | |
| | | | | | partial sell | 3/19 | L | | |
| | | | | | sell | 10/29 | L | | |
| ECA-Common | A | div | M | T | | | | | |
| EOG Resources-Common | A | div | L | T | | | | | |
| FDC-Common | A | div | M | T | | | | | |
| Febrero Investments Corporation | A | int | K | U(2) | | | | | |
| FMC -Common | | None | | | sell | 3/4 | K | | |

1 Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2004 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| FNM-Common | D | div | O | T | | | | | |
| FPD Holdings | | None | L | U | | | | | |
| FRE-Common | B | div | M | T | | | | | |
| FST-Common | | None | | | sell | 6/2 | L | | |
| G-Common | D | div | N | T | | | | | |
| GE-Common | D | div | N | T | partial buy | 10/7 | K | | |
| GMH-Common | | None | | | exchange | 12/24 | | | exchanged to HS |
| | | | | | partial sell | 12/24 | J | B | |
| GPC-Common | D | div | M | T | | | | | |
| Hawkins Investment Partnership | F | div/int | P1 | T | partial buy | 6/3 | P1 | | private placement |
| | | | | | partial buy | 9/30 | N | | private placement |
| HydroChem Holding, Inc.-Common | | None | L | U(2) | buy | 8/27 | M | | private placement |
| ▓▓▓▓▓▓▓▓ | | None | J | U(10) | grant | 6/25 | J | | private placement |
| | A | int | L | U(2) | | | | | |
| HLTH-Common | | None | | | sell | 6/2 | K | D | |
| HMTF Europe Private Fund | F | div/int/distr | M | U(2) | partial sell | 4/17 | J | | private placement |
| | | | | | partial sell | 7/11 | J | | private placement |
| | | | | | partial sell | 7/29 | L | | private placement |
| | | | | | partial sell | 8/20 | J | | private placement |
| | | | | | partial buy | 11/12 | J | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2004 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Type (e.g. buy,sell merger, redemp-tion) | If not exempt from disclosure | | | |
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| HMTF Fund IV | A | div/int/distr | L | U(2) | partial buy | 3/24 | J | | private placement |
| | | | | | partial sell | 11/10 | J | | private placement |
| HRB-Common | B | div | L | T | | | | | |
| HS-Common | | None | K | T | exchange | 12/24 | | | exchanged from GMH |
| IBM-Common | A | div | | | sell | 6/2 | L | | |
| INTC-Common | B | div | N | T | partial sell | 6/2 | L | E | |
| INTU-Common | | None | L | T | | | | | |
| Jackson Products, Inc.-Common | | None | J | V | (14) | 1/14 | J | | |
| JNJ-Common | D | div | O | T | | | | | |
| KMG-Common | B | div | M | T | buy | 8/28 | M | | |
| | | | | | partial sell | 11/11 | K | | |
| | | | | | partial sell | 11/14 | K | | |
| KO-Common | B | div | M | T | | | | | |
| LUV-Common | A | div | O | T | partial sell | 6/2 | L | F | |
| MCK-Common | A | div | L | T | | | | | |
| Merrill Lynch Reserves | A | div/int | J | T | | | | | |
| Merrill Lynch Reserves (CMA) | B | div/int | M | T | | | | | |
| Merrill Lynch Reserves (AV) | A | div | J | T | | | | | |
| MHS-Common | | None | K | T | dividend | 8/25 | | | stock dividend from MRK |
| MTD-Common | | None | L | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2004 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| MO-Common | D | div | N | T | | | | | |
| MRK-Common | D | div | N | T | | | | | |
| MSFT-Common | A | div | L | T | partial sell | 6/2 | K | A | |
| MWV-Common | B | div | L | T | | | | | |
| NAGC Acquisition Inc. | | None | K | U | buy | 11/21 | K | | private placement |
| ▬▬▬▬▬ | | None | M | U | | | | | |
| NHL-Dep Rcpt | | None | M | T | partial sell | 2/10 | K | A | |
| | | | | | partial sell | 2/13 | J | | |
| NWSA-Dep Rcpt | | None | J | T | exchange | 12/24 | | | exchanged from HS |
| OIS (formerly listed as OSI)-Common | | None | M | T | | | | | |
| ▬▬▬▬▬ | | None | J | (10) | grant | 5/13 | J | | |
| | | | | | option exer | 11/14 | K | D | |
| PEP-Common | D | div | O | T | | | | | |
| PFE-Common | D | div | O | T | | | | | |
| PG-Common | C | div | M | T | | | | | |
| ▬▬▬▬▬ | | None | L | U | option exer | 4/1 | J | B | private placement |
| | | | | (10) | grant | 12/31 | J | | private placement |
| RD-Registered | E | div | O | T | | | | | |
| SBC-Common | A | div | | | partial sell | 3/19 | K | | |
| | | | | | sell | 3/24 | L | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2004 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| SCFIV-3i, L.P. | G | div/int/distri | N | U(2) | partial sell | 1/13 | J | | private placement |
| | | | | | partial sell | 2/24 | K | | private placement |
| | | | | | partial sell | 2/28 | J | | private placement |
| | | | | | partial sell | 3/6 | K | | private placement |
| | | | | | partial buy | 3/7 | K | | private placement |
| | | | | | partial sell | 5/21 | K | | private placement |
| | | | | | partial buy | 6/5 | J | | private placement |
| | | | | | partial sell | 6/11 | K | | private placement |
| | | | | | partial buy | 6/27 | J | | private placement |
| | | | | | partial buy | 10/15 | K | | private placement |
| | | | | | partial buy | 12/31 | J | | private placement |
| | | | | | partial sell | 12/15 | K | | private placement |
| SCF-V, L.P. | | None | J | U(2) | buy | 8/12 | J | | private placement |
| SIAL-Common | A | div | L | T | | | | | |
| SJKI-Common | | None | N | T | | | | | |
| SPLS-Common | | None | L | T | | | | | |
| SRE Properties, LP | E | distr | N | U(2) | | | | | |
| Sterling Group Partners I, LP | A | | M | U(2) | partial buy | 8/27 | J | | private placement |
| | | | | | partial buy | 11/21 | L | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| Sternhill Affiliates I, LP | A | int | J | U(2) | partial buy | 6/9 | J | | private placement |
| | | | | | partial buy | 12/8 | J | | private placement |
| Sternhill Partners I, LP | A | int | L | U(2) | partial buy | 6/9 | K | | private placement |
| | | | | | partial buy | 12/8 | J | | private placement |
| STR-Common | B | div | M | T | | | | | |
| STT-Common | A | div | K | T | | | | | |
| CapStreet II, LP | C | div/int/royalty/distr | M | U(2) | partial buy | 2/18 | K | | private placement |
| | | | | | partial buy | 10/13 | J | | private placement |
| CapStreet Parallel II, LP | C | div/int/royalty/distr | M | U(2) | partial buy | 2/18 | K | | private placement |
| | | | | | partial buy | 10/13 | J | | private placement |
| Summit/Switch & Data Partners, LP | | None | J | V | (14) | 12/17 | J | | |
| Summit/Travis Partners, L.P. (remaining escrow acct. after 2002 sale) | D | div/int/distr | | U(2) | | | | | |
| SWBT-Common | A | div | N | T | | | | | |
| TAPB | A | div | | | sell | 2/11 | K | D | |
| TAPA | A | div | | | sell | 2/11 | J | D | |
| Texas China Partners Ltd. | A | div | K | U(2) | | | | | |
| Texas Commerce Bank-Checking, Houston, TX | A | int | J | T | | | | | |
| Texas Commerce Bank-Checking, Houston, TX-S | A | int | J | T | | | | | |
| | | None | J | V | (14) | 7/20 | J | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2004 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Type (e.g. buy,sell merger, redemption) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | None | J | V | (14) | 7/20 | J | | |
| TGT-Common | B | div | M | T | | | | | |
| TLM-Common | B | div | M | T | | | | | |
| TROW-Common | B | div | M | T | | | | | |
| TXN-Common | B | div | M | T | | | | | |
| UPS-Common | C | div | N | T | | | | | |
| UTX-Common | B | div | M | T | | | | | |
| VMSXX-Mutual Fund | E | div/int | P1 | T | partial buy | 6/2 | M | | exchanged from VTCLX |
| | | | | | partial sell | 3/17 | O | | exchanged to VUSXX |
| | | | | | partial buy | 4/15 | P1 | | exchanged from VUSXX |
| VTCLX-Mutual Fund | D | div/int | P1 | T | partial sell | 6/2 | M | | exchanged to VMSXX |
| VWNAX-Mutual Fund | E | div/int | P1 | T | | | | | |
| VUSXX-Mutual Fund | A | div/int | | | partial buy | 3/17 | O | | exchanged from VMSXX |
| | | | | | sell | 4/15 | P1 | | exchanged to VMSXX |
| VGT Sod, LP | A | rent/royalty | K | U(2) | | | | | |
| VZ-Common | A | div | | | sell | 3/24 | K | | |
| ZION-Common | C | div | M | T | | | | | |
| 183929 L.L.C. | | None | J | U(2) | partial buy | 7/30 | J | | |

1 Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2004 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392918 Limited Partnership | | None | J | U(2) | partial buy | 2/24 | J | | private placement |
| | | | | | partial buy | 3/11 | J | | private placement |
| | | | | | partial buy | 4/2 | J | | private placement |
| | | | | | partial buy | 4/7 | J | | private placement |
| | | | | | partial buy | 4/25 | J | | private placement |
| | | | | | partial buy | 5/22 | J | | private placement |
| | | | | | partial buy | 6/24 | J | | private placement |
| | | | | | partial buy | 7/7 | J | | private placement |
| | | | | | partial buy | 7/30 | J | | private placement |
| | | | | | partial buy | 8/21 | J | | private placement |
| | | | | | partial buy | 9/18 | J | | private placement |
| | | | | | partial buy | 10/13 | J | | private placement |
| | | | | | partial buy | 10/23 | J | | private placement |
| | | | | | partial buy | 11/13 | J | | private placement |
| | | | | | partial sell | 12/15 | J | | private placement |
| | | | | | partial buy | 12/17 | J | | private placement |
| | | | | (1) | | | | | |
| *IRA's* | | | | | | | | | |
| US Treasury Zero% Obligations | | None | N | T | | | | | |
| Merrill Lynch Reserves | A | div | K | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

14

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2004 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| VMMXX-Mutual Fund | A | div/int | | | buy | 1/7 | M | | |
| | | | | | sell | 1/29 | M | | exchange to VUSXX |
| | | | | | buy | 3/13 | M | | |
| | | | | | sell | 3/17 | M | | exchange to VUSXX |
| VUSXX-Mutual Fund | D | div/int | O | T | partial sell | 1/6 | L | | exchange to VFINX |
| | | | | | partial buy | 1/8 | L | | exchange from VFINX |
| | | | | | partial buy | 1/7 | M | | exchange from VMMXX |
| | | | | | partial buy | 1/29 | M | | exchange from VMMXX |
| VFINX-Mutual Fund | | None | | | buy | 1/6 | L | | exchange from VUSXX |
| | | | | | sell | 1/8 | L | | exchange to VUSXX |
| US Treasury Zero% Obligations | | None | P1 | T | | | | | |
| Merrill Lynch Reserves | E | div/int | M | T | | | | | |
| Ardelon Investments Ltd., L.P. | E | div/int | P1 | U(2) | partial buy | 6/3 | N | | |
| Doane Pet Care Note due 3/31/07 | | | | | redemption | 3/14 | M | E | |
| Doane Pet Care Warrants | | None | J | W | | | | | previously combined with notes |
| DUK-Common | C | int | | | sell | 11/12 | L | | |
| FNM-Common | D | int | N | T | partial buy | 6/11 | L | | |
| FRE-Common | C | int | M | T | partial sell | 6/2 | L | | |
| | | | | | partial buy | 6/11 | K | | |
| GPC-Common | B | int | L | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| OMI-Common | | None | | | partial sell | 2/11 | J | A | |
| | | | | | sell | 2/12 | J | A | |
| SJKI-Common | | None | M | T | | | | | |
| US Treas 7.25% due 5/15/16 | D | int | M | T | | | | | |
| US Treas 6.125% due 8/15/07 | D | int | M | T | | | | | |
| US Treas 6.25% due 2/15/07 | B | int | M | T | | | | | |
| VUSXX-Mutual Fund | B | div/int | | | buy | 1/8 | M | | exchange from VWNAX |
| | | | | | partial sell | 1/24 | L | | exchange to VWNAX |
| | | | | | partial buy | 3/24 | L | | exchange from VWNAX |
| | | | | | partial sell | 4/11 | K | | exchange to VWNAX |
| | | | | | partial sell | 4/16 | K | | exchange to VWNAX |
| | | | | | sell | 11/6 | L | | exchange to VWNAX |
| VWNAX-Mutual Fund | D | div/int | N | T | partial sell | 1/8 | M | | exchange to VUSXX |
| | | | | | partial buy | 1/24 | L | | exchange from VUSXX |
| | | | | | partial sell | 3/24 | L | | exchange to VUSXX |
| | | | | | partial buy | 4/11 | K | | exchange from VUSXX |
| | | | | | partial buy | 4/16 | K | | exchange from VUSXX |
| | | | | | partial buy | 11/6 | L | | exchange from VUSXX |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2004 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp- tion) | If not exempt from disclosure (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| VUSXX-Mutual Fund S | A | div/int | | | sell | 9/18 | K | | exchange to VWNFX |
| VWNFX-Mutual Fund S | A | div/int | K | T | buy | 9/18 | K | | exchange from VUSXX |
| ▬▬▬Foundation | | | | | | | | | |
| Merrill Lynch Cash Reserves | B | int | M | T | | | | | |
| VWNAX-Mutual Fund | D | div/int | N | T | | | | | |
| VUSXX-Mutual Fund | B | div/int | M | T | | | | | |
| Fidelity Charitable Gift Fund | | | | | | | | | |
| Equity Income Mutual Fund | | None | M | T | | | | | |
| The Rosenthal #F Trust | A | div | M | V | | | | | |
| Filer's ▬▬▬ the beneficiaries (3). | | | | | | | | | |
| - Manufacturers Life Variable Life Policy | | | | | | | | | |
| - ING/Security Life Joint Survivor Whole Life | | | | | | | | | |
| Policy:VIF-Core Equity | | | | | | | | | |
| - Prudential Joint Whole Life Policy: Pru-Common | | | | | | | | | |
| The Rosenthal #89 Trust | A | div/int/royalt y/distr | P2 | T/U | (3) | | P2 | G | |
| Filer's ▬▬▬ (3). | | | | | | | | | |
| - ADViSYS-Common | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2004 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - AIF V Private Investors LLC | | | | | partial buy | 1/22 | J | | private placement |
| | | | | | partial buy | 2/19 | J | | private placement |
| | | | | | partial buy | 3/11 | J | | private placement |
| | | | | | partial buy | 6/16 | J | | private placement |
| | | | | | partial sell | 8/29 | J | | private placement |
| | | | | | partial sell | 10/28 | J | | private placement |
| | | | | | partial buy | 10/31 | J | | private placement |
| | | | | | partial buy | 11/21 | J | | private placement |
| | | | | | partial sell | 12/29 | J | | private placement |
| - Avalon Advisors, L.P. | | | | | | | | | |
| - Blackstone Acquisition Partners I, L.P. | | | | | | | | | Trust did not own this in 2002 or 2003. |
| - C-Common | | | | | sell | 6/2 | L | E | |
| - Cal Trac-Conv. Pfd | | | | | | | | | |
| - KO-Common | | | | | | | | | |
| - DPC Acquisition Corp. | | | | | | | | | |
| - Dresser, Inc.-Common | | | | | | | | | |
| - FNM-Common | | | | | | | | | |
| - FRE-Common | | | | | | | | | |
| - FPD Holdings, Inc. | | | | | | | | | |
| - GE-Common | | | | | | | | | |
| - GPC-Common | | | | | | | | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

## VII. INVESTMENTS AND TRUSTS – income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - G-Common | | | | | partial sell | 6/2 | K | E | |
| - Hawkins Investment Partnership, L.P. | | | | | partial buy | 6/3 | N | | private placement |
| | | | | | partial buy | 9/30 | | | private placement |
| - HMTF Fund IV | | | | | partial buy | 3/24 | J | | private placement |
| | | | | | partial sell | 11/10 | J | | private placement |
| - HMTF Europe Private Fund | | | | | partial sell | 4/17 | J | | private placement |
| | | | | | partial sell | 7/11 | J | | private placement |
| | | | | | partial sell | 7/29 | K | | private placement |
| | | | | | partial sell | 8/20 | J | | private placement |
| | | | | | partial buy | 11/12 | J | | private placement |
| - INTU-Common | | | | | | | | | |
| - Jackson Products-Common | | | | | (14) | 1/14 | J | | |
| - JNJ-Common | | | | | partial sell | 6/2 | L | E | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - PEP-Common | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2004 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - SCF-IV-3I, L.P. | | | | | partial sell | 1/13 | J | | private placement |
| | | | | | partial sell | 2/24 | K | | private placement |
| | | | | | partial sell | 2/28 | J | | private placement |
| | | | | | partial sell | 3/6 | K | | private placement |
| | | | | | partial buy | 3/7 | K | | private placement |
| | | | | | partial sell | 5/21 | K | | private placement |
| | | | | | partial buy | 6/5 | J | | private placement |
| | | | | | partial sell | 6/11 | K | | private placement |
| | | | | | partial buy | 6/27 | J | | private placement |
| | | | | | partial buy | 10/15 | K | | private placement |
| | | | | | partial buy | 12/31 | J | | private placement |
| | | | | | partial sell | 12/15 | K | | private placement |
| - SCF Management Partners, Ltd. | | | | | partial sell | 2/28 | M | | private placement |
| | | | | | partial sell | 6/17 | L | | private placement |
| | | | | | partial sell | 9/20 | K | | private placement |
| | | | | | partial sell | 11/20 | K | | private placement |
| - SWBT-Common | | | | | | | | | |
| - Sterling Group Partners I, L.P. | | | | | partial buy | 8/27 | J | | private placement |
| | | | | | partial buy | 11/21 | K | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2004 |

## VII. INVESTMENTS AND TRUSTS — income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - Stemhill Partners I, LP | | | | | partial buy | 6/9 | J | | private placement |
| | | | | | partial buy | 12/8 | J | | private placement |
| - Stemhill Affiliates I, LP | | | | | partial buy | 6/9 | J | | private placement |
| | | | | | partial buy | 12/8 | J | | private placement |
| - SJKI-Common | | | | | | | | | |
| - SRE Properties, LP | | | | | | | | | |
| - Summit/Switch & Data Partners, LP | | | | | | | | | |
| - Summit/Travis Partners, L.P. (remaining escrow acct. after 2002 sale) | | | | | | | | | |
| - CapStreet II, LP | | | | | partial buy | 2/18 | J | | private placement |
| | | | | | partial buy | 10/13 | J | | private placement |
| - CapStreet Parallel II, LP | | | | | partial buy | 2/18 | K | | private placement |
| | | | | | partial buy | 10/13 | J | | private placement |
| - TAPB | | | | | sell | 2/11 | J | A | |
| - TAPA | | | | | sell | 2/11 | J | A | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - 392918 Limited Partnership | | | | | partial buy | 2/24 | J | | private placement |
| | | | | | partial buy | 3/11 | J | | private placement |
| | | | | | partial buy | 4/2 | J | | private placement |
| | | | | | partial buy | 4/7 | J | | private placement |
| | | | | | partial buy | 4/25 | J | | private placement |
| | | | | | partial buy | 5/22 | J | | private placement |
| | | | | | partial buy | 6/24 | J | | private placement |
| | | | | | partial buy | 7/7 | J | | private placement |
| | | | | | partial buy | 7/30 | J | | private placement |
| | | | | | partial buy | 8/21 | J | | private placement |
| | | | | | partial buy | 9/18 | J | | private placement |
| | | | | | partial buy | 10/13 | J | | private placement |
| | | | | | partial buy | 10/23 | J | | private placement |
| | | | | | partial buy | 11/13 | J | | private placement |
| | | | | | partial sell | 12/15 | J | | private placement |
| | | | | | partial buy | 12/17 | J | | private placement |
| - VTGLX-Mutual Fund | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | buy | 3/17 | O | | exchange from VMSXX |
| | | | | | sell | 4/22 | P1 | | exchange to VMSXX |
| - VWNFX-Mutual Fund | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2004 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - VTCLX-Mutual Fund | | | | | partial sell | 6/2 | L | E | exchange to VMSXX |
| - VMSXX-Mutual Fund | | | | | partial sell | 3/17 | O | | exchange to VUSXX |
| | | | | | partial buy | 4/22 | P1 | | exchange from VUSXX |
| | | | | | partial buy | 6/2 | L | | exchange from VTCLX |
| - Zion's-Common | | | | | | | | | |
| ▬▬▬#88-1 Trust *is the beneficiary (3).* | C | div/int | N | T | | | | | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - VMCAX-Mutual Fund (13) | | | | | | | | | |
| - VUSXX-Mutual Fund (13) | | | | | | | | | |
| - VWNFX-Mutual Fund | | | | | | | | | |
| ▬▬▬#88-2 Trust *is the beneficiary (3).* | C | div/int | N | T | | | | | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - VTCLX-Mutual Fund (13) | | | | | | | | | |
| - VWNFX-Mutual Fund (13) | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2004 |

## VII. INVESTMENTS AND TRUSTS — income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ████ #85 Trust ███ is the beneficiary (3). | D | div/int | P1 | T | | | | | |
| - ABT-Common | | | | | | | | | |
| - CVX-Common | | | | | | | | | |
| - KO-Common | | | | | | | | | |
| - G-Common | | | | | | | | | |
| - Interwood Util Dist 5.5% due 03/01/04 | | | | | | | | | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - Midway, TX 5.55% due 05/01/07 | | | | | | | | | |
| - PEP-Common | | | | | | | | | |
| - RD-Common | | | | | | | | | |
| - VTCLX-Mutual Fund (13) | | | | | | | | | |
| - VTGIX-Mutual Fund | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VWNFX-Mutual Fund | | | | | | | | | |
| *U.S. Savings Bonds (4)* ████ | None | | M | T | | | | | |
| *UTMA Accounts* ████ | | | | | | | | | |
| VUSXX-Mutual Fund | A | div/int | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

## VII. INVESTMENTS AND TRUSTS – income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Type (e.g. buy,sell merger, redemp-tion) | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code 1 (A-H) | Type (e.g., div., rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | | | | | Identity of buyer/seller (if private transaction) |
| VUSXX-Mutual Fund | A | div/int | J | T | | | | | |
| VFINX-Mutual Fund | A | div/int | K | T | | | | | |
| VFINX-Mutual Fund | A | div/int | J | T | | | | | |
| VWSTX-Mutual Fund | B | div/int | L | T | | | | | |
| VWSTX-Mutual Fund (13) | B | div/int | L | T | | | | | |
| Merrill Lynch Reserves | F | div/int | K | T | | | | | |
| G-Common | A | div | J | T | | | | | |
| FRE-Common | A | div | K | T | | | | | |
| Merrill Lynch Reserves | A | int | K | T | | | | | |
| Merrill Lynch Reserves | A | int | K | T | | | | | |
| Merrill Lynch Reserves | A | int | K | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

(1) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

(2) Private partnership—valuation is capital account as set forth on Form K-1.

(3) Amounts indicated are aggregate net amounts for entire beneficial interest of trust.

(4) U.S. Savings Bonds are valued at stated face value of bonds.

(5) Purchase and sale price of regular interest paying bonds excludes accrued interest. Interest income on regular interest paying bonds includes accrued interest bought or sold. Gain indicated on redeemed bonds represents only the redemption amount (and premium, if any) in excess of principal amount. Bond premium paid at purchase is assumed to be fully amortized for purposes of calculating gain or loss on sale, redemption or maturity on regular interest paying bond.

(6) No interest income is included in Interest Income Column B(1) on zero coupon bonds. Total to date accreted interest for zero coupon bonds is included in Value Column C(1). On maturity of zero coupon bonds, total accreted interest is included in Value Column D(3) and Gain Column D(4). On maturity or sale of zero coupon bonds, Value Column D(3) is the maturity value or sales price and Gain Column D(4) reflects the difference between the maturity value or sales price and the original cost.

(7) All mutual fund reinvested dividends, interest and capital gains are not separately shown as new purchases, but are included in the end of period (ColumnC(2)) values. All unreinvested distributions from mutual funds (dividends, interest and capital gains) are included in Column B(1).

(8) Municipal and U.S. Treasury bond values reflected in Value Column C(2) are based on market value.

(9) No transaction value or gain or loss is reported on non-taxable exchanges of one security for another of spin-offs or securities or stock dividends. Such gain is reported when the new security is sold. The value of such security received is included in the Column C(1) Gross Value.

(10) ▓▓▓▓▓▓ received options for compensation. Vested options are valued at spread between (1) exercise price and (2) market value in the case of publicly traded securities or exercise price in the case of nonpublic securities. Unvested options are given no value.

(11) Inadvertently omitted from prior year report.

(12) All distributions from private partnership are reflected in Column (B)(1).

26

(13)  Partial exchange in prior year.

(14)  Became worthless.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSENTHAL, LEE H | 5/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu[■■■]                                         Date _May 11, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544